**Joe E. Eastabrooks, Plaintiff-Appellee, v. Eva Ravlin and Aurora National Bank, Defendants-Appellants.**

Gen. No. 68–190. 

Second District.

June 12, 1969.

John G. Plain, of Aurora, for appellants; Redman, Shearer & O'Brien, of St. Charles, for appellee. Opinion by JUSTICE SEIDENFELD. Not to be published in full.